**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **MID-CONTINENT CASUALTY CO.** | **PLAINTIFF** |
| **V.**          **CASE NO. 4:07CV01154 JMM** | |
| **ANTHONY SULLIVAN d/b/a SULLIVAN CUSTOM AGRI SERVICE** | **DEFENDANT/COUNTER PLAINTIFF** |
| **V.** | |
| **GREG GASAWAY, LANCE GASAWAY and CLINT GASAWAY** | **DEFENDANTS** |
| **AND** | |
| **MID-CONTINENT CAUSALTY CO.** | **PLAINTIFF** |
| **V.**          **CASE NO. 4:07CV01155 BSM** | |
| **ANTHONY SULLIVAN d/b/a SULLIVAN CUSTOM AGRI SERVICE** | **DEFENDANT/COUNTER PLAINTIFF** |
| **V.** | |
| **GREG DAY** | **DEFENDANT** |

**ORDER**

Pending is the Plaintiff's notice of related case. (Docket # 29 in case 4:07CV1154). Plaintiff argues that these cases are related and asks the Court to assign these cases to the appropriate District Judge or alternatively consolidate these cases. No objections have been filed. For good cause shown, the Court finds that these actions involve common questions of law and fact and are appropriate for consolidation. Consolidation will avoid unnecessary cost and delay and will prevent the possibility of conflicting results. Accordingly, the Court finds that

these cases should be consolidated and all future pleadings should reflect both styles of the case but should be filed in Case No. 4:07CV1154 only. The Court will enter the appropriate transfer order forthwith.

IT IS SO ORDERED this 11th day of December, 2008.

_____
James M. Moody
United States District Judge