**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **MID-CONTINENT CASUALTY CO.** | **PLAINTIFF** |
| V.  CASE NO. 4:07CV01154 JMM | |
| **ANTHONY SULLIVAN d/b/a SULLIVAN CUSTOM AGRI SERVICE** | **DEFENDANT/COUNTER PLAINTIFF** |
| V. | |
| **GREG GASAWAY, LANCE GASAWAY and CLINT GASAWAY** | **DEFENDANTS** |
| AND | |
| **MID-CONTINENT CAUSALTY CO.** | **PLAINTIFF** |
| V.  CASE NO. 4:07CV01155 BSM | |
| **ANTHONY SULLIVAN d/b/a SULLIVAN CUSTOM AGRI SERVICE** | **DEFENDANT/COUNTER PLAINTIFF** |
| V. | |
| **GREG DAY** | **DEFENDANT** |

**ORDER**

Pending is Plaintiff's motion to strike. (Docket #34 in case no. 4:07CV1155). Defendant, Anthony Sullivan d/b/a Sullivan Custom Agri Service has responded. Plaintiff asks the Court to strike this defendant's motion for summary judgment filed November 13, 2008 and reply brief filed December 1, 2008 as untimely. The scheduling order entered in this case set a motions deadline of November 6, 2008. The Court finds that no prejudice or delay will result from considering Defendant's motion, accordingly, the Court will consider all pleadings filed.

Plaintiff is directed to respond to the merits of Defendant's motion within ten (10) days of the entry of this order.

      Wherefore, Plaintiff's motion to strike is denied.

      IT IS SO ORDERED this 11th day of December, 2008.

                                            James M. Moody
                                            Untied States District Judge